Gilbert HERNDON, Appellant, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Appellee.

No. 12619.

United States Court of Appeals
Fifth Circuit.

Oct. 17, 1949.

Homer J. Fisher, Dallas, Tex., for appellant.

Theron Lamar Caudle, Asst. Atty. Gen. Dept. of Justice, Ellis N. Slack, Sp. Asst. to Atty. Gen., Charles Oliphant, Ch. Cnsl. Bur. Int. Rev., Washington, D. C., Rollin H. Transue, Sp. Atty., Washington, D. C., for appellee.

Before SIBLEY, HOLMES, and Mc-CORD, Circuit Judges.

PER CURIAM.

Pursuant to the motion and order entered on January 5, 1949 to omit the printing of the record in this cause and to await the decision in the case entitled Herndon v. Commissioner of Internal Revenue, 5 Cir., 175 F.2d 55, and the motion for judgment filed by respondent to enter the same judgment in the above entitled and numbered cause as was entered by this Court in the case entitled Herndon v. Commissioner of Internal Revenue, 5 Cir., 175 F.2d 55.

It is now here ordered, adjudged and decreed by this Court that the Judgment of the Tax Court of the United States in this cause be, and the same is hereby, affirmed.

Sarah HERNDON, Appellant, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Appellee.

No. 12620.

United States Court of Appeals
Fifth Circuit.

Oct. 17, 1949.

Homer J. Fisher, Dallas, Tex., for appellant.

Theron Lamar Caudle, Asst. Atty. Gen., Dept. of Justice, Ellis N. Slack, Sp. Asst. to Atty. Gen., Charles Oliphant, Ch. Cnsl. Bur. Int. Rev., Washington, D. C., Rollin H. Transue, Sp. Atty., Washington, D. C., for appellee.

Before SIBLEY, HOLMES, and Mc-CORD, Circuit Judges.

PER CURIAM.

Pursuant to the motion and order entered on January 5, 1949 to omit the printing of the record in this cause and to await the decision in the case entitled Herndon v. Commissioner of Internal Revenue, 5 Cir., 175 F.2d 55, and the motion for judgment filed by respondent to enter the same judgment in the above entitled and numbered cause as was entered by this Court in the case entitled Herndon v. Commissioner of Internal Revenue, 5 Cir., 175 F.2d 55.

It is now here ordered, adjudged and decreed by this Court that the judgment of the Tax Court of the United States in this cause be, and the same is hereby, affirmed.

Joseph D. ISAAC, Appellant, v. W. H.
HIATT, Warden, United States Peniten-
tiary, Atlanta, Georgia.

No. 12774.
United States Court of Appeals
Fifth Circuit.

Oct. 25, 1949.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, HOLMES and SIBLEY, Circuit Judges.

PER CURIAM.

A careful consideration of the judgment in this case in the light of the record leaves us in no doubt that the appeal is without merit. Zerbst v. McPike, 5 Cir., 97 F.2d 253; Rohr v. Hudspeth, 10 Cir., 105 F.2d